**Order entered February 12, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00982-CV

### JOHN H. GEORGE, Appellant

### V.

### MARIA GUADALUPE GEORGE, Appellee

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-11713**

## ORDER

The reporter's record is overdue. By letter filed February 4, 2019, Janet Saavedra, Official Court Reporter for the 254th Judicial District Court, stated that the reporter's record has not been filed because of nonpayment. Accordingly, on the Court's own motion, we **ORDER** appellant to file, by February 22, 2019, either written verification that he has paid or made arrangements to pay the reporter's fee or written documentation demonstrating that he has been found entitled to proceed without costs. We caution appellant that failure to comply may result in the Court ordering the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Saavedra and all parties.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE